Duy Thai, SBN 157345
DThai@gammalaw.com
Marco Martemucci, SBN 287397
MMartemucci@gammalaw.com
Gamma Law, P.C.
One Sansome Street, Suite 1400
San Francisco, California 94104
Tel.: 415.901.0510
Fax: 415.901.0512

Attorneys for Petitioner
KADOKAWA CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to DISCORD INC. | Case No.: 25-80272<br><br>**DECLARATION OF HIROYUKI NAKAJIMA IN SUPPORT OF SUBPOENA TO OBTAIN THE IDENTITY OF A DISCORD INC. CUSTOMER PURSUANT TO 17 U.S.C. § 512(h)** |

I, Hiroyuki Nakajima, declare as follows:

1.  I am an attorney with the law firm Tokyo Flex Law Office, copyright counsel for KADOKAWA CORPORATION ("Kadokawa"). I make this declaration in support of Kadokawa's request for the clerk of the District Court for the Northern District of California to issue the subpoena filed concurrently herewith pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h). I have personal knowledge of the facts stated in this Declaration and if called to do so, I would testify competently thereto.

2.  I am duly authorized by Kadokawa to make this request on Kadokawa's behalf.

3.  Kadokawa is a conglomerate headquartered in Japan. Among other things, the company specializes in the publication and distribution of Japanese novels in both tangible and digital media. Numerous titles published by Kadokawa have achieved a high degree of popularity worldwide, including in the United States.

4. Kadokawa recently discovered that some of its published novels, for which Kadokawa is the authorized holder of the copyrights, have been in whole or in part copied, published, displayed, and/or distributed without its authorization by certain users on websites and services run provided by Discord Inc. ("Discord"). URLs containing the original content, the infringing content and the infringers' Discord user account information are identified in the DMCA notice Kadokawa sent to Discord on August 29, 2025, a true and correct copy of which is attached hereto as **Schedule 1** (the "DMCA Notice").

5. Upon information and belief, Discord operates the private social media platform bearing its name, on which the unauthorized reproduction and distribution of copyrighted works to which Kadokawa holds exclusive rights using the URLs (associated with specific user accounts) identified in the DMCA Notice.

6. On information and belief, Discord's policies require a subpoena or court order to compel the company to disclose information about a Discord user or account used in furtherance of the infringement of another's copyrights.

7. The sole purpose for which the requested subpoena is sought is to obtain the identities of the alleged infringer(s) described in the DMCA Notice and such information will only be used for the purpose of protecting Kadokawa's copyright rights.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 6, 2025 in Tokyo, Japan.

By: _____
Hiroyuki Nakajima

DECLARATION OF HIROYUKI NAKAJIMA - 2